IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WASHINGTON COUNTY FAMILY ENTERTAINMENT, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RNN ENTERTAINMENT INC, ROMEL MARCUS, DERRICK ROBINSON, JOHN AND JANE DOES 1-10, MING AND SONS, LLC, GOODLIFE ENTERTAINMENT L.L.C., JOHN WARDLOW JR., THE RTD GROUP, LLC, OLUREMI DARAMOLA, and SHANE A. HALLS,<br><br>Defendants. | Civil Action No. 2:17-807<br><br>United States District Judge Cathy Bissoon<br><br>United States Chief Magistrate Judge Cynthia Reed Eddy |

## **MEMORANDUM ORDER**

This case has been referred to United States Chief Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On July 11, 2022, Judge Eddy issued a Report ("R&R," Doc. 269) recommending the Motion for Default Judgment filed by Plaintiff Washington County Family Entertainment, LLC ("Plaintiff") against *pro se* Defendant Derrick Robinson ("Robinson") (Doc. 237), be granted.

Objections to the R&R were due no later than July 25, 2022 (Doc. 269), but no objections were filed. After a *de novo* review of the Second Amended Complaint, the Motion for Default Judgment, the Request for Entry of Default (Doc. 174), and all related briefing and exhibits, together with the R&R, it is hereby ORDERED that the Motion for Default Judgment filed by Plaintiff against Defendant Derrick Robinson (Doc. 237), is GRANTED and that Judge

1

Eddy's R&R (Doc. 269) is ADOPTED as the opinion of the district court.

It is FURTHER ORDERED that Judgment by Default is hereby entered against Defendant Robinson, for failure to answer, and in favor of Plaintiff as follows:

1. A final judgment is entered in favor of Plaintiff and against Derrick Robinson, jointly and severally with other Defendants, in the amount of **$1,085,916.96**[1];

2. Plaintiff shall be awarded post-judgment interest at the applicable statutory rate against Robinson, jointly and severally with other Defendants, from the date the judgment is entered; and

3. Plaintiff is awarded attorneys' fees and costs against Robinson, jointly and severally with other Defendants, in the amount of **$470,273.53**.[2]

IT IS SO ORDERED.

September 15, 2022

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

---

[1] This amount consists of: fraudulently converted interstate wire payments in the amount of $259,500.00; external costs, fees, and expenses incurred by Plaintiff in the amount of $67,186.32; and internal costs incurred by Plaintiff in the amount of $35,286.00 for a total of $361,972.32. This amount was then trebled pursuant to 18 U.S.C. § 1964(c) for a total of: $1,085,916.96. Plaintiff also seeks mitigation losses in the amount of $173,185.62 (*see* Doc. 237, Exs. 1&2); however, Plaintiff has not explained how this alleged loss was incurred or calculated. Therefore, the Court has not included this amount in the total at this time.

[2] This amount reflects attorneys' fees incurred through December 3, 2021 as set forth in the Declaration of Ryan James, Esquire, Plaintiff's primary counsel. (Doc. 237-2). The Court finds that the requested fees are reasonable given the complexity of the matters, the number of parties involved and the prevailing hourly rates in this community.

cc (via ECF email notification):
All Counsel of Record

cc (via U.S. Mail):

ROMEL MARCUS
570 Lefferts Avenue
Apartment 4E
Brooklyn, NY 11203

SHANE HALLS
563 Lefferts Avenue
Brooklyn, NY 11203

DERRICK ROBINSON
570 Lefferts Avenue
Apartment 4E
Brooklyn, NY
11203