IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WASHINGTON COUNTY FAMILY ENTERTAINMENT, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RNN ENTERTAINMENT INC, ROMEL MARCUS, DERRICK ROBINSON, JOHN AND JANE DOES 1-10, MING AND SONS, LLC, GOODLIFE ENTERTAINMENT L.L.C., JOHN WARDLOW JR., THE RTD GROUP, LLC, OLUREMI DARAMOLA, and SHANE A. HALLS,<br><br>Defendants. | Civil Action No. 2:17-807<br><br>United States District Judge<br>Cathy Bissoon<br><br>United States Magistrate Judge<br>Cynthia Reed Eddy |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On June 30, 2022, Judge Eddy issued a Report ("R&R," Doc. 268) recommending the Motion for Partial Summary Judgment filed by Plaintiff Washington County Family Entertainment, LLC against *pro se* Defendants Romel Marcus ("Marcus") and Shane A. Halls ("Halls") (Doc. 256), be granted. Plaintiff's Motion sought summary judgment on Count I (Section 1962(c) RICO claim against Halls and Marcus) and Count II (Section 1962(d) RICO claim against Halls and Marcus) of the Second Amended Complaint. Judge Eddy found that summary judgment in favor of Plaintiff on these counts was warranted because, <u>inter alia</u>, the record evidence established that Halls and Marcus functioned together as a common entity with

1

an ongoing common purpose, demonstrated a pattern of racketeering activity, and conspired to violate RICO. (R&R at 6-9).

Objections to the R&R were due no later than July 18, 2022 (Doc. 268), but no objections were filed. After a *de novo* review of the Second Amended Complaint, the Motion for Partial Summary Judgment, the responses thereto and all related briefing and exhibits, together with the R&R, it is hereby ORDERED that the Partial Motion for Summary Judgment filed by Plaintiff against Defendants Romel Marcus and Shane A. Halls on Counts I and II of the Second Amended Complaint (Doc. 256), is GRANTED and that Judge Eddy's R&R (Doc. 268) is ADOPTED as the opinion of the district court.

It is FURTHER ORDERED as follows:

1. A final judgment is entered in favor of Plaintiff and against Defendants Marcus and Halls, jointly and severally with other Defendants, in the amount of **$1,085,916.96**[1];

2. Plaintiff shall be awarded post-judgment interest at the applicable statutory rate against Defendants Marcus and Halls, jointly and severally with other Defendants, from the date the judgment is entered; and

---

[1] This figure consists of the following amounts that Plaintiff has proved by a preponderance of the evidence and that Defendants have not meaningfully contested: fraudulently converted interstate wire payments in the amount of $259,500.00 (the outstanding amount paid by Plaintiff for concerts that never occurred, as set forth more fully in the Order granting summary judgment in favor of Plaintiff as to Counts III-V of the Second Amended Complaint (Doc. 265)); external costs, fees, and expenses incurred by Plaintiff in the amount of $67,186.32 (Doc. 237-1, Ex. B); and internal costs incurred by Plaintiff in the amount of $35,286.00 (Doc. 124-1) for a total of $361,972.32. This amount was then trebled pursuant to 18 U.S.C. § 1964(c) for a total of: $1,085,916.96. Plaintiff also seeks mitigation losses in the amount of $173,185.62 (*see* Doc. 256-1, citing Doc. 237, Ex.2); however, Plaintiff has not explained how this alleged loss was incurred or calculated. Therefore, the Court has not included this amount in the total at this time.

3.  Plaintiff is awarded attorneys' fees and costs against Defendants Marcus and Halls, jointly and severally with other Defendants, in the amount of **$470,273.53**.[2]

IT IS SO ORDERED.

December 9, 2022

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):
All Counsel of Record

cc (via U.S. Mail):

ROMEL MARCUS
570 Lefferts Avenue
Apartment 4E
Brooklyn, NY 11203

SHANE HALLS
563 Lefferts Avenue
Brooklyn, NY 11203

DERRICK ROBINSON
570 Lefferts Avenue
Apartment 4E
Brooklyn, NY
11203

---

[2] This amount reflects attorneys' fees incurred through December 3, 2021 as set forth in the Declaration of Ryan James, Esquire, Plaintiff's primary counsel.  (Doc. 237-2).  The Court finds that the requested fees are reasonable given the complexity of the matters, the number of parties involved and the prevailing hourly rates in this community.